**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:06CV-00021-TBR**

**GARY W. BYRD**                                                                                   **PETITIONER**

**VS.**

**JAMES SWEATT, Warden**                                                              **RESPONDENT**

REPORT AND RECOMMENDATION

BACKGROUND

Before the Court is petitioner's motion for default judgment (DN 13). Respondent has filed a memorandum in response (DN 15) and petitioner has filed a reply memorandum (DN 18).

By order entered February 7, 2007, the District Judge referred this matter to the United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) for appropriate hearings, if any, and for the issuance of a report and recommendation (DN 7).

CONCLUSIONS OF LAW

Petitioner has filed a motion for default judgment because respondent has failed to timely file an answer to his petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254 (DN 13, 18). Petitioner seeks as a remedy an order vacating his State court convictions and setting aside his sentences (DN 13, 18). Respondent has moved the Court to file his answer out of time (DN 14). A separate order will address that motion.

A default judgment is not available in habeas corpus proceedings. Alder v. Burt, 240

F.Supp.2d 651, 677 (E.D. Mich. 2003) (citing Allen v. Perini, 424 F.2d 134, 138 (6th Cir. 1970), *superseded on other grounds by statute as stated in*, Cobb v. Perini, 832 F.2d 342 (6th Cir. 1987); Lemons v. O'Sullivan, 54 F.3d 357, 364-365 (7th Cir. 1995); Gordon v. Duran, 895 F.2d 610, 612 (9th Cir. 1990); Aziz v. Leferve, 830 F.2d 184, 187 (11th Cir. 1987)).  In sum, a default judgment is not available to petitioner despite the fact respondent failed to timely serve its answer to the petition.

## RECOMMENDATION

For the foregoing reasons, it is recommended that petitioner's motion for default judgment (DN 13) be DENIED.

## NOTICE

Therefore, under the provisions of 28 U.S.C. Sections 636(b)(1)(B) and (C) and Fed.R.Civ.P. 72(b), the Magistrate Judge files these findings and recommendations with the Court and a copy shall forthwith be electronically transmitted or mailed to all parties.  Within ten (10) days after being served with a copy, any party may serve and file written objections to such findings and recommendations as provided by the Court.  If a party has objections, such objections must be filed

within ten (10) days or further appeal is waived.  Thomas v. Arn, 728 F.2d 813 (6th Cir.), aff'd, U.S. 140 (1984).

Copies:      Gary W. Byrd, *pro se*
             Counsel of Record