UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:06CV-00021-TBR

**GARY W. BYRD**                                                         **PETITIONER**

**VS.**

**JAMES SWEATT, Warden**                                         **RESPONDENT**

## ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Report and Recommendation, no objections having been filed thereto, and the Court having considered the same, adopts the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that petitioner's motion for default judgment is DENIED.   (Dockets #13 & 19)

Copies to:    Petitioner, *pro se*
                    Counsel of Record
                    Magistrate Judge Goebel