UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:06CV-00021-TBR

**GARY W. BYRD**                                                                                                  **PETITIONER**

**VS.**

**JAMES SWEATT, Warden**                                                                         **RESPONDENT**

### ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, no objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Byrd's petition for writ of habeas corpus is DISMISSED as time barred.

A Certification of Appealability is DENIED.

Copies to:   Petitioner, *pro se*
             Counsel of Record
             Magistrate Judge Goebel